UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-01-40125 SBA | |
| Plaintiff, ) | ORDER GRANTING STIPULATED REQUEST TO VACATE HEARING DATE TO JULY 8, 2008 | |
| v. ) | | |
| JESUS HERNAN ALVAREZ ) | Date: | May 12, 2008 |
| ) | Time: | 2:00 p.m. |
| Defendant. ) | Court: | Hon. Saundra Brown Armstrong |

     The parties jointly requested that the hearing in this matter be moved from May 12, 2008 to July 8, 2008. The matter was set on May 12, 2008 for a hearing regarding the status of the Petition for Summons for Offender Under Supervision ("Petition") with the understanding that the preliminary hearing in the related case now pending in state court, which is based upon the same or similar facts as the Petition, would have taken place by that time. The preliminary hearing, however, has not yet occurred. Additionally, defense counsel began a jury trial on May 12, 2008 and was therefore not available for the hearing in this matter on May 12, 2008. The parties respectfully request that the status hearing be moved to July 8, 2008. The parties expect that the preliminary hearing in the related case pending in state court will have occurred by July 8, 2008. Good cause appearing therefor,

STIP. REQ. TO VACATE STATUS HEARING TO JULY 8, 2008
No. CR-01-40125 SBA

1 | **IT IS HEREBY ORDERED** that the status hearing in this matter is moved from May 12, 2008 to July 8, 2008 at 9:00 a.m.

DATED:_5/2/08

*Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO VACATE STATUS HEARING TO JULY 8, 2008
No. CR-01-40125 SBA