1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3705
7      Facsimile:  (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,       )   No. CR-01-40125 SBA
                                    )
14       Plaintiff,                 )   STIPULATED REQUEST TO VACATE
                                    )   HEARING DATE TO SEPTEMBER 16,
15       v.                         )   2008
                                    )
16  JESUS HERNAN ALVAREZ            )   Date:   July 8, 2008
                                    )   Time:   9:00 a.m.
17       Defendant.                 )   Court:  Hon. Saundra Brown
                                    )           Armstrong
18

19      The above-captioned matter was set on July 8, 2008 before this Court for a hearing

20  regarding the status of the Petition for Summons for Offender Under Supervision ("Petition").

21  The parties request that the Court continue the hearing to September 16, 2008 at 9:00 a.m.

22      The matter was set on July 8, 2008 for a hearing regarding the status of the Petition with

23  the understanding that the preliminary hearing in the related case now pending in state court,

24  which is based upon the same or similar facts as the Petition, would have taken place by that

25  time. The preliminary hearing, however, has not yet occurred. The parties respectfully request

26  ////

27  ////

28  ////

STIP. REQ. TO VACATE STATUS HEARING TO SEPTEMBER 16, 2008
No. CR-01-40125 SBA

that the status hearing be moved to September 16, 2008.  The parties expect that the preliminary hearing in the related case pending in state court will have occurred by September 16, 2008.

DATED: July 7, 2008

      /s/
JAMES C. MANN
Assistant United States Attorney
Counsel for United States

      /s/
BARRY L. MORRIS
Counsel for Jesus Hernan Alvarez

STIP. REQ. TO VACATE STATUS HEARING TO SEPTEMBER 16, 2008
No. CR-01-40125 SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-01-40125 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO VACATE HEARING |
| v. | ) ) | DATE TO SEPTEMBER 16, 2008 |
| JESUS HERNAN ALVAREZ | ) ) | Date: July 8, 2008 Time: 9:00 a.m. |
| Defendant. | ) ) | Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be moved from July 8, 2008 to September 16, 2008. The matter was set on July 8, 2008 for a hearing regarding the status of the Petition for Summons for Offender Under Supervision ("Petition") with the understanding that the preliminary hearing in the related case now pending in state court, which is based upon the same or similar facts as the Petition, would have taken place by that time. The preliminary hearing, however, has not yet occurred. The parties respectfully request that the status hearing be moved to September 16, 2008. The parties expect that the preliminary hearing in the related case pending in state court will have occurred by September 16, 2008. Good cause appearing therefor,

1 **IT IS HEREBY ORDERED** that the status hearing in this matter is moved from July 8, 2008 to September 16, 2008 at 9:00 a.m.

DATED:7/8/08

                                          *Saundra B Armstrong*
                                          HON. SAUNDRA BROWN ARMSTRONG
                                          United States District Judge